# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON (#456583)

VERSUS

JAMES M. LEBLANC, ET AL.

CIVIL ACTION

16-354-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated February 22, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, Defendants' *Motions to Dismiss*[3] are granted in part and denied in part, as follows. Plaintiff's claims against Tim Delaney are dismissed, without prejudice, for failure to timely effect service upon him. Plaintiff's claims for monetary damages asserted against the moving Defendants in their official capacities are dismissed. The following claims are dismissed, with prejudice, for failure to state claim upon which relief may be granted: (1) Americans With Disabilities Act claim; (2) Rehabilitation Act claim; (3) all claims against Defendants LeBlanc, Tanner, and Hooper ; (4) RICO claim; (5) equal protection claim; (6) free exercise claim; (7) disciplinary hearing and appeal claims against Defendants Robinson and Smith; (8) access to courts claim against Defendant

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 67.
[3] Rec. Docs. 25 and 41.

McKey; and (9) threatening language claim against Defendant Linzy. Supplemental jurisdiction over the Plaintiff's state law claims is declined.

Further, as to the Plaintiff's claim of deliberate indifference to his serious medical needs, this claim is dismissed with prejudice against all remaining moving Defendants, except Defendants Hartley, Barrere, R. Singh, and P. Singh. As to the Plaintiff's excessive force claim asserted against Defendant Slater, the Motions are denied and this matter is referred back to the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 14 day of March, 2017.

_____
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA