# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

KENNETH CROWL (#507713)

VERSUS

DARREL VANNOY, ET AL.

CIVIL ACTION

16-354-SDD-RLB

## RULING

The Court, after carefully considering the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated September 12, 2017, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the *Motions to Dismiss*[3] filed by Jonathon Roundtree, Kristopher Lavigne, Allen Stark, Wame Wagganspack, and Jayson Thornhill are GRANTED IN PART AND DENIED IN PART. The Defendants' Motions are DENIED AS MOOT with regards to the Plaintiff's ADA, RA, RICO, equal protection, and free exercise claims.

**IT IS FURTHER ORDERED** that, in all other regards, the Motions are GRANTED and the Plaintiff's claims against Defendants, Dr. Jonathan Roundtree, EMS Sgt. Kristopher Lavigne, Lt. Allen Stark, Dr. Wame Waggenspack, and Jayson Thornhill, are dismissed with prejudice.

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 106.
[3] Rec. Docs. 77, 86, and 100.

**IT IS FURTHER ORDERED** that this matter be referred back to the Magistrate Judge for further proceedings.

Signed in Baton Rouge, Louisiana on <u>October 4, 2017</u>.

_____
**JUDGE SHELLY D. DICK
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**