# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON

VERSUS

JAMES M. LEBLANC

CIVIL ACTION

16-354-SDD-RLB

## RULING

The Court has carefully considered the *Complaint*,[1] the *Motions for Default Judgment*,[2] the record, the law applicable to this action, and the *Report and Recommendation*[3] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated December 12, 2017. Plaintiff has filed an *Objection*[4] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's *Motions for Default Judgment*[5] are DENIED.

Baton Rouge, Louisiana the 23 day of January, 2018.

*Shelly D. Dick*
SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Docs. 112, 114, and 116.
[3] Rec. Doc. 117.
[4] Rec. Doc. 120.
[5] Rec. Docs. 112, 114, and 116.