UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON

VERSUS

JAMES M. LEBLANC

CIVIL ACTION

16-354-SDD-RLB

## RULING AND ORDER

The Court has carefully considered the *Motions*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated April 24, 2018. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motions to Dismiss* (Rec. Docs. 110 and 111) are hereby granted, and the Plaintiff's claims against Defendants, Dr. Brian Perry, Dr. John Whatley, Dr. Matthew De La Rosa, Dr. Rayburn Fox, and Dr. James Rose, are dismissed with prejudice. It is further ordered that this matter is to be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 4th day of June, 2018.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Docs. 110 and 111.
[2] Rec. Doc. 123.
[3] Rec. Doc. 125.