UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON (#456583)                                      CIVIL ACTION

VERSUS

                                                            NO. 16-354-SDD-RLB

JAMES LEBLANC, ET AL.

## NOTICE

Please take notice that the attached Magistrate Judge's Report has been filed with the Clerk of the United States District Court.

In accordance with 28 U.S.C. § 636(b)(1), you have fourteen (14) days after being served with the attached Report to file written objections to the proposed findings of fact, conclusions of law and recommendations therein. Failure to file written objections to the proposed findings, conclusions, and recommendations within 14 days after being served will bar you, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions of the Magistrate Judge which have been accepted by the District Court.

ABSOLUTELY NO EXTENSION OF TIME SHALL BE GRANTED TO FILE WRITTEN OBJECTIONS TO THE MAGISTRATE JUDGE'S REPORT.

Signed in Baton Rouge, Louisiana, on July 17, 2018.

                                                             RICHARD L. BOURGEOIS, JR.
                                                             UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON (#456583)          CIVIL ACTION

VERSUS

         NO. 16-354-SDD-RLB

JAMES LEBLANC, ET AL.

## MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The *pro se* plaintiff, an inmate incarcerated at Elayn Hunt Correctional Center ("EHCC"), St. Gabriel, Louisiana, filed this proceeding pursuant to 42 U.S.C. § 1983, the Americans With Disabilities Act, 42 U.S.C. § 12101, *et. seq.* ("ADA"), the Rehabilitation Act of 1973, 29 U.S.C. § 794 ("RA"), and the Racketeer Influenced and Corrupt Organizations Act, 18 U.S.C. § 1961, *et seq.* (RICO) against numerous defendants, complaining that his constitutional rights were violated when the defendants failed to follow the prison's policy with respect to hearing impaired inmates, resulting in excessive force being used against the plaintiff, and causing injury to the plaintiff to which the defendants were deliberately indifferent. On November 16, 2016, the plaintiff amended his Complaint to add and/or more specifically identify certain defendants. *See* R. Doc. 38.

A review of the record reveals that some of the defendants named in the amended Complaint (Michelle Minor, Zacchaeus Murry, Kristen George, and Tina LaCost) have not been served. Pursuant to the requirements of Rule 4(m) of the Federal Rules of Civil Procedure, failure to serve a defendant within 90 days of commencement of an action is cause for dismissal of that defendant from the proceeding. Although a *pro se* plaintiff may rely on service by the U.S. Marshal, he may not remain silent and do nothing to effectuate such service, and should attempt to remedy any defects of which he has knowledge.

In the instant matter, after prior attempts at service, the Court ordered that the last known address of these defendants be filed under seal, and summons were issued by the Clerk of Court on June 21, 2017.  *See* R. Docs. 89 and 99.  No return was located in the record, and the Court was informed by an employee of the U.S. Marshal's office that service was not attempted because, unlike with other defendants, the plaintiff chose not to pay the required fees for service on these specific individuals.[1]  It is appropriate, therefore, that the plaintiff's claims asserted against Michelle Minor, Zacchaeus Murry, Kristen George, and Tina LaCost be dismissed, without prejudice, for failure of the plaintiff to effect timely service upon them.

## RECOMMENDATION

It is the recommendation of the Magistrate Judge that the plaintiff's claims against Michelle Minor, Zacchaeus Murry, Kristen George, and Tina LaCost be dismissed, without prejudice, for failure to timely effect service upon them.  It is further recommended that this matter be referred back to the undersigned for further proceedings.

Signed in Baton Rouge, Louisiana, on July 17, 2018.

**RICHARD L. BOURGEOIS, JR.**
**UNITED STATES MAGISTRATE JUDGE**

---

[1] Plaintiff is not proceeding in forma pauperis and has not sought any other relief from the court with respect to this issue.