# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON

VERSUS

JAMES M. LEBLANC

CIVIL ACTION

16-354-SDD-RLB

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois dated July 17, 2018. Plaintiff has filed an *Objection*[3] which the Court has also considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Plaintiff's claims against Michelle Minor, Zacchaeus Murry, Kristen George, and Tina LaCost are dismissed, without prejudice, for failure to timely effect service upon them. It is further ordered that this matter be referred back to the Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 9 day of August, 2018.

_____
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 127.
[3] Rec. Doc. 130.