UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON

CIVIL ACTION

VERSUS

16-354-SDD-RLB

JAMES M. LEBLANC, ET AL.

### RULING

The Court has carefully considered the *Petition*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated March 21, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Plaintiff's Motions[4] are DENIED.

**IT IS FURTHER ORDERED** that the Plaintiff's claims against Defendant Dr. Sylvest are DISMISSED, *sua sponte*, without prejudice for failure to state a claim and this matter is hereby REFERRED back to the Magistrate for further proceedings.

Baton Rouge, Louisiana the 30 day of April, 2019.

_____
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 152
[3] Rec. Doc. 16.
[4] Rec. Docs. 147, 148, 149, and 150.