UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON (#456583)

VERSUS

JAMES LEBLANC, ET AL.

CIVIL ACTION

16-354-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated June 13, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment*[4] is hereby GRANTED in part, and the Plaintiff's claims against Defendants, Dr. Raman Singh and Dr. Preety Singh, are hereby DISMISSED with prejudice.

**IT IS FURTHER ORDERED** that in all other regards the *Motion* is hereby DENIED, and this matter is referred back to the Magistrate Judge for further proceedings herein.

Baton Rouge, Louisiana the 10 day of July, 2019.

_____
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 161.
[2] Rec. Doc. 181.
[3] Rec. Doc. 193.
[4] Rec. Doc. 161.