# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

PHILIP GIBSON (#456583)

VERSUS

JAMES M. LEBLANC

CIVIL ACTION

16-354-SDD-RLB

## RULING

The Court has carefully considered the *Motion*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Richard L. Bourgeois, Jr. dated July 16, 2019, to which an objection[3] was filed and also reviewed.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion for Summary Judgment*[4] is hereby GRANTED, and this matter is dismissed with prejudice.

Baton Rouge, Louisiana the 26 day of July, 2019.

*[signature]*
SHELLY D. DICK, CHIEF DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 188.
[2] Rec. Doc. 199.
[3] Rec. Doc. 202.
[4] Rec. Doc. 188.